UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STASON SUTTON,

                **Plaintiff,**                23-CV-05403 (JPO)(SN)

   -against-                              **ORDER**

801-803 LLC, et al.,

                **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are encouraged to engage in good-faith settlement negotiations and to exchange any informal discovery that would aid those negotiations. The parties are ordered to file a joint letter updating the Court on the status of settlement negotiations by December 18, 2023. If, before then, the parties decide to stop engaging in settlement negotiations, the parties should timely inform the Court, and the Court will issue formal discovery deadlines.

**SO ORDERED.**

                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:     October 19, 2023
               New York, New York